IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. _____

| | |
|---|---|
| BARBARA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SEDGWICK CLAIMS MANAGEMENT | ) |
| SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **NOTICE OF REMOVAL**

Defendant Sedgwick Claims Management Services, Inc. ("Defendant"), hereby removes

this action to this Court pursuant to 28 U.S.C. §§ 1331, 1332, and 1441(a) and (b), and in support

thereof, states as follows:

1.  A civil action was commenced on December 21, 2018, and is now pending in

Mecklenburg County Superior Court, North Carolina, Case Number 18-CVS-23577, wherein

Barbara Jones is the Plaintiff, and Sedgwick Claims Management Services, Inc., is the

Defendant.  On January 4, 2019, Plaintiff filed her Amended Complaint.  Copies of Plaintiff's

Complaint and Amended Complaint filed in state court are attached hereto as **Exhibit A**.  The

Amended Complaint was the initial pleading served upon Defendant setting forth the claims

upon which such action or procedure is based.

2.  Defendant is entitled to remove this civil action pursuant to 28 U.S.C. §§ 1331,

1332, and 1441(a) and (b).

3.  Defendant is entitled to remove this action pursuant to 28 U.S.C. § 1331 because

Plaintiff asserts claims which raise substantial questions of federal law and which arise out of federal law.  According to the Complaint, "Plaintiff brings this action under . . . Title VII and 42 U.S.C. § 1981."  (**Exhibit A**, Amended Complaint, ¶ 4).  Plaintiff claims that the "actions by Defendant's agents constituted race discrimination in violation of 42 U.S.C. § 1981" and "Plaintiff seeks  . . . actual and compensatory damages under 42 U.S.C. § 1988."  (*Id*. at ¶¶ 86-87).  In addition, Plaintiff alleges that her "termination and failure to reassign her constituted race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended."  (*Id*. at ¶ 89).

4.      Removal jurisdiction exists under 28 U.S.C. §§ 1441 (a) and (b).

5.      Defendant is also entitled to remove this action pursuant to 28 U.S.C. § 1332 because diversity of citizenship exists among the parties in that Defendant is now, and was at the time the action was commenced, diverse from Plaintiff.

6.      Plaintiff purports to be a resident of the Mecklenburg County, North Carolina. (**Exhibit A**, Amended Complaint, ¶ 1).

7.      Defendant is not a citizen or a resident of North Carolina.  Defendant is a foreign corporation organized under the laws of the State of Illinois and has its principal place of business in the State of Tennessee now and at the time this action was commenced.  (**Exhibit A**, Amended Complaint, ¶ 2).

8.      The amount in controversy in this action well exceeds $75,000.00 exclusive of costs and interest.  As of April 2, 2017, Plaintiff was earning an annual salary of $93,969.14. (**Exhibit B**, Affidavit of Kathyrn Bonine).  Plaintiff's last day was August 11, 2017.  (*Id*.). According to the Amended Complaint, Plaintiff seeks compensatory damages, front pay, punitive damages, and back pay.  (**Exhibit A**, Amended Complaint, ¶¶ 87, 93-95, 101).  Thus, Plaintiff is

seeking damages that would be greater than the jurisdictional amount.

9. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b). Defendant was served with the Summons and Complaint by certified mail on January 11, 2019. (**Exhibit A**).

10. Plaintiff alleges that the events giving rise to this claim allegedly occurred in Mecklenburg, County. (**Exhibit A**, Amended Complaint, ¶ 7). Thus, venue is proper in this Court.

11. The following attachments are provided pursuant to 28 U.S.C. § 1446(a): copies of the Summons, Complaint, and Amended Complaint attached as **Exhibit A**.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of the removal of this action to all parties and has filed a copy of this notice in the state court. **Exhibit C**.

WHEREFORE, Defendant hereby removes this action from said state court into this Court.

This the 8th day of February, 2019.

Respectfully submitted,

/s/ Christopher P. Raab
NC State Bar No.: 37008
/s/ Daniel M. Nunn
NC State Bar No.: 42305
CAUDLE & SPEARS, P.A.
121 West Trade Street, Suite 2600
Charlotte, NC 28202
Telephone: 704-377-1200
Facsimile: 704-338-5858
Email: craab@caudlespears.com
Email: dnunn@caudlespears.com

John M. Russell*
Lauren A. Wong*
RUSSELL OLIVER & STEPENS, PLC
5178 Wheelis Drive
Memphis, TN 38117
Phone:  901.844.4441
Facsimile:  901.844.4435
Email:  johnr@roslawgroup.com
Email:  laurenw@roslawgroup.com

Attorneys for Defendant Sedgwick Claims
Management Services, Inc.

*Motion for *Pro Hac Vice* admission to be filed

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2019, a true and correct copy of the foregoing **Notice of Removal** was served via U.S. Mail, postage prepaid and properly addressed, upon the following:

> S. Luke Largess
> TIN, FULTON, WALKER & OWEN, P.L.L.C.
> 301 East Park Avenue
> Charlotte, NC 28203

> /s/ Christopher P. Raab
> Attorney for Defendant